UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DAMOND ALLEN ANDERSON,

**INDICTMENT**

      Defendant.
_____/

The Grand Jury charges:

### Felon in Possession of a Firearm

Between on or about February 11, 2023 and March 9, 2023, in Berrien County, in the Southern Division of the Western District of Michigan,

DAMOND ALLEN ANDERSON,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Glock Model 19X 9mm semiautomatic pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## **FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment,

DAMOND ALLEN ANDERSON

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense including, but not limited to, a Glock Model 19X 9mm semiautomatic pistol (sn: BXGX108) with an attached conversion device and 31-round extended magazine.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_[signature]_

DOAA K. AL-HOWAISHY
Assistant United States Attorney

2